```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONYA F. LEVY, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

HU PRODUCTS LLC, HU MASTER HOLDINGS LLC, and MONDELEZ GLOBAL LLC,

                Defendants.

23 Civ. 1381 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed case management plan dated April 18, 2023, ECF No. 22. The parties' submission improperly modifies the Court's model Case Management Plan. For instance, the Court shall not schedule fact discovery for more than 120 days absent unique complexities or other exceptional circumstances. *See id.* ¶ 6. Further, any motions for summary judgment shall be filed within fourteen days of the close of fact discovery. *See id.* ¶ 10. And, the parties are required to propose an alternative dispute resolution mechanism. *See id.* ¶ 12. Accordingly, by **April 26, 2023**, the parties shall refile a proposed case management plan that complies with the Court's February 21, 2023 order, ECF No. 8, and the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

      SO ORDERED.

Dated: April 19, 2023
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge