```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONYA F. LEVY, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

HU PRODUCTS LLC, HU MASTER HOLDINGS LLC, and MONDELEZ GLOBAL LLC,

                Defendants.

23 Civ. 1381 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated May 1 and 8, 2023. ECF Nos. 28–29. Accordingly:

1. Defendants' request to file their motion to dismiss is GRANTED;
2. By **June 12, 2023**, Defendants shall file their motion to dismiss;
3. By **July 3, 2023**, Plaintiff shall file her opposition papers; and
4. By **July 17, 2023**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: May 8, 2023
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge