```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _7/5/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONYA F. LEVY, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

HU PRODUCTS LLC, HU MASTER HOLDINGS LLC, and MONDELEZ GLOBAL LLC,

        Defendants.

23 Civ. 1381 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 12, 2023, Defendants filed their motion to dismiss Plaintiff's complaint. ECF No. 33; *see* ECF Nos. 34–36. On July 3, 2023, Plaintiff filed an amended complaint. ECF No. 40. Accordingly, by **August 4, 2023**, Defendants shall either: (1) file an answer; (2) file a new motion to dismiss in accordance with the Court's Individual Practices in Civil Cases; or (3) file a letter with the Court stating that they rely on the previously filed motion to dismiss.

    The Clerk of Court is directed to terminate the motion at ECF No. 33.

    SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge