```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONYA F. LEVY, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

HU PRODUCTS LLC, HU MASTER HOLDINGS LLC, and MONDELEZ GLOBAL LLC,

                    Defendants.

23 Civ. 1381 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 4, 2023, Defendants filed a motion to dismiss Plaintiff's amended complaint, ECF No. 40. ECF No. 42; *see also* ECF Nos. 43–45. Accordingly:

1. By **August 28, 2023**, Plaintiff shall file her opposition papers; and
2. By **September 11, 2023**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: August 7, 2023
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge